IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON GRIMES,

    Petitioner,

v.                                            Case No. 1:20-cv-276-AW-GRJ

SECRETARY, FLA. DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 1 report and recommendation, ECF No. 46, to which there has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The motion to dismiss (ECF No. 21) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on August 19, 2022.

                                                        s/ *Allen Winsor*
                                                        United States District Judge