IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON GRIMES,

    Petitioner,

v.                                              Case No. 1:20-cv-276-AW-GRJ

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Aaron Grimes was convicted of armed robbery, the Florida court sentenced him to life imprisonment. Decades later, Grimes came into possession of affidavits purportedly from the victims. The affidavits explained that Grimes was innocent, that the victims testified falsely at trial, and that the Gainesville Police Department pressured them to do so. Armed with these affidavits, Grimes sought and received Eleventh Circuit permission to file a second § 2254 petition.

The magistrate judge then conducted appropriate proceedings. He held an evidentiary hearing, during which the two victims testified that Grimes *did* rob them and that they did *not* submit those affidavits. The magistrate judge then made a factual finding that the affidavits were forgeries, and he prepared a report and recommendation concluding that the § 2254 petition should be dismissed as time-barred. ECF No. 50. There has been no objection to the report and recommendation.

1

Having carefully considered the matter, I conclude that the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter judgment that says, "The § 2254 petition is dismissed as time barred." A certificate of appealability is DENIED. The clerk will close the file.

Last, I agree with the magistrate judge that the matter should be referred to the United States Attorney for this District. The clerk will serve a copy of this order on the United States Attorney.

SO ORDERED on September 28, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge